IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|   |   |   |
|---|---|---|
| DAVID BILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-1169-T/An |
| | ) | |
| QUENTIN WHITE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING "MOTION OF STATUS AND RENDER OF DECISION"

On August 17, 2005, plaintiff David Biles filed a motion inquiring about the status of this case. As the Court issued an order disposing of the case on August 16, 2005, plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

                                     _James D. Todd_
                                     JAMES D. TODD
                                     UNITED STATES DISTRICT JUDGE

                                     _19 August 2005_
                                     DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  08-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:04-CV-01169 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David Biles
Northeast Correctional Complex
277934
P.O. Box 5000
Mountain City, TN 37683

Michael B. Schwegler
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT