UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



**JUDGMENT IN A CIVIL CASE**

DAVID BILES,

      Plaintiff,

VS.                                                                                          NO. 1:04-CV-1169-T

QUENTON WHITE, ET AL

      Defendant(s).


[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on August 16, 2005, this action is hereby DISMISSED; if is further CERTIFIED that any appeal by plaintiff is not taken in good faith.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 24 August 2005

                                                        THOMAS M. GOULD, CLERK

                                                        BY: _C. Heid_
                                                           DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CV-01169 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael B. Schwegler
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202--020

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David Biles
Northeast Correctional Complex
277934
P.O. Box 5000
Mountain City, TN 37683

Honorable James Todd
US DISTRICT COURT